IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SABRINA JEMISON                                                                                         PLAINTIFF

V.                         CASE NO.: 3:11CV00071 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

Pending is the Commissioner of the Social Security Administration's Agreed Motion to Remand (docket entry #8). For good cause shown, Defendant's motion is GRANTED. This case is remanded under sentence six of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 15th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE