IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SABRINA JEMISON**                                                                                                 **PLAINTIFF**

V.                        **CASE NO.: 3:11CV00071 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**[1]                                           **DEFENDANT**

<u>**ORDER**</u>

Pending is Acting Commissioner Carolyn Colvin's unopposed motion to reopen this case. (Docket entry #11) The motion is GRANTED. The Court's prior order remanding the case (#9) is vacated, and the Clerk of Court is directed to reopen the case. The Commissioner's answer should be filed on or before January 5, 2015.

The Commissioner's motion to substitute counsel is also GRANTED. (Docket entry #12) Special Assistant United States Attorney Dianne Mullins Pryor is relieved as counsel of record, and Special Assistant United States Attorney Jonathan R. Clark is substituted as counsel for the Commissioner in this case. The Clerk is directed to substitute Mr. Clark as counsel of record for the Commissioner.

IT IS SO ORDERED this 2nd day of December, 2014.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin is Acting Commissioner of the Social Security Administration and is hereby substituted as the proper defendant in this case.